```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 13146
    ELSIE L OWEN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-1857


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/23/2007 and was confirmed 09/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

     The case was dismissed after confirmation 08/08/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
 AMERICAN GENERAL FINANCE  SECURED VEHIC   14208.32        1032.91        1068.27
 AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED          .00             .00
 AMERICAN GENERAL FINANCE  NOTICE ONLY     NOT FILED          .00             .00
 NATIONWIDE ACCEPTANCE~    SECURED VEHIC    2175.00         146.65         443.68
 AMERICASH LOANS           UNSECURED       NOT FILED          .00             .00
 AT&T LAW DEPARTMENT       UNSECURED       NOT FILED          .00             .00
 CITY OF CHICAGO PARKING   UNSECURED        1310.00            .00         302.60
 CITY OF CHICAGO BUREAU P  NOTICE ONLY     NOT FILED          .00             .00
 CITY OF CHICAGO PARKING   NOTICE ONLY     NOT FILED          .00             .00
 CITY OF CHICAGO BUREAU O  NOTICE ONLY     NOT FILED          .00             .00
 COMCAST                   UNSECURED       NOT FILED          .00             .00
 COMCAST                   NOTICE ONLY     NOT FILED          .00             .00
 COMMONWEALTH EDISON       UNSECURED       NOT FILED          .00             .00
 COMMONWEALTH EDISON       NOTICE ONLY     NOT FILED          .00             .00
 FIRST BANK OF MARIN       UNSECURED         620.75            .00         134.27
 PORTFOLIO RECOVERY ASSOC  UNSECURED          75.00            .00          16.22
 HOLY CROSS HOSPITAL       UNSECURED         805.50            .00         174.22
 MEDICAL COLLECTIONS SYS   UNSECURED       NOT FILED          .00             .00
 MEDICAL COLLECTIONS SYST  NOTICE ONLY     NOT FILED          .00             .00
 MERCY HOSPITAL            UNSECURED       NOT FILED          .00             .00
 NATIONWIDE ACCEPTANCE~    UNSECURED        1391.82            .00         321.50
 PALISADES COLLECTIONS     UNSECURED       NOT FILED          .00             .00
 PALISADES COLLECTION      NOTICE ONLY     NOT FILED          .00             .00
 PALISADES COLLECTION      NOTICE ONLY     NOT FILED          .00             .00
 AT&T WIRELESS             UNSECURED         796.47            .00         172.27
 PEOPLES GAS LIGHT & COKE  UNSECURED        1463.92            .00         338.16
 PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED          .00             .00
 QUEST DIAGNOSTICS         UNSECURED       NOT FILED          .00             .00
 SAGE TELECOM INC          UNSECURED         107.33            .00          23.20
 T-MOBILE USA              UNSECURED         353.12            .00          76.38
 T MOBILE                  UNSECURED       NOT FILED          .00             .00
 T MOBILE                  NOTICE ONLY     NOT FILED          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13146 ELSIE L OWEN
```

```
T MOBILE                      NOTICE ONLY    NOT FILED            .00            .00
WEST ASSET MANAGEMENT         UNSECURED      NOT FILED            .00            .00
WEST ASSET MANAGEMENT         NOTICE ONLY    NOT FILED            .00            .00
MEDICAL COLLECTION SYSTE      NOTICE ONLY    NOT FILED            .00            .00
LEDFORD & WU                  DEBTOR ATTY     3,198.00                      3,198.00
TOM VAUGHN                    TRUSTEE                                         584.56
DEBTOR REFUND                 REFUND                                        1,013.19

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    9,046.08

PRIORITY                                              .00
SECURED                                          1,511.95
    INTEREST                                     1,179.56
UNSECURED                                        1,558.82
ADMINISTRATIVE                                   3,198.00
TRUSTEE COMPENSATION                               584.56
DEBTOR REFUND                                    1,013.19
                         ---------------    ---------------
TOTALS                     9,046.08              9,046.08
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


   Dated: 11/19/08                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE